THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Ervin Hardy,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-168
Submitted January 29, 2004  Filed March 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Deputy Director for Legal Services, Legal Counsel Tommy Evans, 
 Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  James Hardy was convicted of 
 assault and battery of a high and aggravated nature on May 6, 1999, and was 
 sentenced to ten years imprisonment, suspended upon the service of five years 
 probation.  On January 10, 2003, Hardy appeared at a probation revocation hearing 
 for several probation violations, including failing to report, failing to pay 
 his restitution and supervision fee, and failing to cooperate with his anger 
 management counseling.  Additionally, he tested positive for cocaine and marijuana 
 less than a week before the probation revocation hearing.  At the hearing, Judge 
 Hayes revoked Hardys probationary sentence.  On appeal, counsel for Appellant 
 has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 asserting that there were no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  Appellant has not filed a pro 
 se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.